## WINDOM *v.* THE STATE.

FISH, J.    The request to charge which the court refused was substantially covered in the general charge ; the newly discovered evidence was merely cumulative, and it does not appear probable that, if it had been introduced upon the trial, a different verdict would have been rendered ; the evidence, as a whole, fully warranted the verdict ; consequently, there was no abuse of discretion in overruling the motion for a new trial.

*Judgment affirmed.    All the Justices concurring.*

Argued October 22, —Decided November 5, 1901.

Indictment for burglary.    Before Judge Harris.    Carroll superior court.    April term, 1901.

*W. D. Hamrick* and *Oscar Reese,* for plaintiff in error.
*T. A. Atkinson, solicitor-general,* and *W. F. Brown,* contra.